LAW OFFICE OF
JESSE M. SIEGEL
299 Broadway, Suite 800
New York, New York 10007

(Tel) 212-207-9009
(Fax) 212-619-6742

JesseMSiegel@aol.com

July 30, 2021



SO ORDERED:

George B. Daniels, U.S.D.J

Dated: AUG 0 3 2021

**BY ECF**

Hon. George B. Daniels, District Judge
United States District Court for the
Sothern District of New Yorl
500 Pearl Street
New York, NY 10007

Re: *United States v. Goodman, et al (Sean Gambrell),* 20 Cr. 57 (GBD).

Dear Judge Daniels:

As counsel to Sean Gambrell, I join in the motions for extension of the motion schedule made by co-counsel. I request that Mr. Gambrell's motion schedule conform with that approved by the Court for the co-defendants: Defense motions by September 16th; government response by October 28th; and defense reply by November 11th.

I have spoken with A.U.S.A. Peter Davis, who does not oppose this request.

Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel