**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SEAN GAMBRELL,

               Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-13 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A change of plea hearing is scheduled for May 24, 2022 at 10:00 a.m.

Dated: May 9, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE