**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

        -against-

SEAN GAMBRELL,

               Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-13 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The change of plea hearing scheduled for May 24, 2022 is adjourned to June 29, 2022 at 10:30 a.m.

Dated: May 23, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge