UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SEAN GAMBRELL,

           Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-13 (GBD)

GEORGE B. DANIELS, United States District Judge:

At the request of the parties, the change of plea hearing scheduled for June 29, 2022 is adjourned to July 7, 2022 at 9:45 a.m.

Dated: June 27, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# THOMPSON HINE

| ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| CINCINNATI | COLUMBUS | NEW YORK | |

June 24, 2022

*VIA ECF*

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007-1312

**SO ORDERED**

The Pre-trial conference is adjourned to October 14, 2022 at 10:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

JUN 27 2022

RE: *Gardner v. Robinson, et al.*, Civ. No. 16-cv-1548-GBD-RWL

Dear Judge Daniels:

We write jointly with Defendants to request an adjournment of the pre-trial conference presently scheduled for Tuesday, June 28, 2022. Pursuant to Your Honor's Order dated May 23, 2022 (Doc. 125) the trial in this matter is scheduled to begin November 7, 2022. The parties respectfully request that the pre-trial conference be adjourned to a date in September or October 2022, prior to the date set for trial.

Should Your Honor have any questions or wish to discuss further, counsel can be available for a conference all at the Court's convenience.

Respectfully,

/s/*Brian Lanciault*

Brian Lancialt

cc:   All Counsel of Record (via ECF)

Brian.Lanciault@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3945                                4841-0023-3090.2

THOMPSON HINE LLP          335 Madison Avenue              www.ThompsonHine.com
ATTORNEYS AT LAW           12th Floor                     O: 212.344.5680
                           New York, New York 10017-4611  F: 212.344.6101