**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

SEAN GAMBRELL,

Defendant.

SCHEDULING ORDER

S3 20 Cr. 57-13 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing scheduled for November 15, 2022 is adjourned to January 11, 2023 at 10:00 a.m.

Dated: October 5, 2022
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge