UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

SEAN GAMBRELL,

Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-13 (GBD)

GEORGE B. DANIELS, United States District Judge:

On Defendant's motion, made with the Government's consent, the sentencing scheduled for January 11, 2023 is rescheduled to February 22, 2023 at 10:00 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 597.

Dated: January 4, 2023
New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge