UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

      -against-

SEAN GAMBRELL,

             Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-13 (GBD)

GEORGE B. DANIELS, United States District Judge:

    On Defendant's motion, the sentencing scheduled for February 22, 2023 is rescheduled to March 1, 2023 at 10:00 a.m.

Dated: February 21, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge